IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE VAZQUEZ,

    Petitioner,

v.                                                         CASE NO. 4:08-cv-359-RH-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc.6, Respondent's Motion for Extension of Time to File Response, which was docketed as an amended motion although no original motion for additional time was ever filed. Nevertheless, having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **December 24, 2008**. Petitioner may file a reply no later than **January 26, 2009.**

    **DONE AND ORDERED** this 4th day of December, 2008.

                                            S/A. Kornblum
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**