IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE VAZQUEZ,

    Petitioner,

v.                                         CASE NO. 4:08-cv-359-RH-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Respondent's Second Motion for Extension of Time to File Response. Counsel for Petitioner has no objection. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **January 26, 2009.** Petitioner may file a reply no later than **March 6, 2009**

    **DONE AND ORDERED** this **5th** day of January, 2009.

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**