IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE VASQUEZ,

    Petitioner,

v.                                              CASE NO. 4:08-cv-359-RH-AK

WALTER A. MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc.10, Respondent's Final Motion for Extension of Time to File Response. Petitioner, who is represented by counsel, has no objection. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **February 2, 2009. Respondent is hereby advised that no further extension shall be granted regardless of opposing counsel's agreement.** Petitioner may file a reply no later than **March 9, 2009**

**DONE AND ORDERED** this  **28th**  day of January, 2009.

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**